AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 7:16mj115
)
USPS Priority Mail Express parcel: 9270 1901 6491 )
7300 4377 55 )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Western___ District of ___Virginia___
*(identify the person or describe the property to be searched and give its location)*:
USPS Priority Mail Express parcel: 9270 1901 6491 7300 4377 55

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
contraband, the fruits of a crime, or other things criminally possessed

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___Oct. 21, 2016___
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
___Robert S. Ballou___.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Issued Electronically

Date and time issued: ___Oct. 7, 2016 10:10 a.m.___         *Robert S. Ballou*
                                                             Judge's signature

City and state: ___Roanoke, Virginia___         Robert S. Ballou, United States Magistrate Judge
                                                  *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 7:16mj115 | Date and time warrant executed: 10-7-16  10:49 AM | Copy of warrant and inventory left with: On file with the USPIS |
|---|---|---|

Inventory made in the presence of:
Inspector McAlister

Inventory of the property taken and name of any person(s) seized:

- One (1) foil bag containing a hard crystal-like substance that field tested positive for methamphetamine. Total field weight: 4.6 ounces

*SPM*

Received in Chambers
by electronic mail
October 12, 2016
at 3:52 PM
Hon. Robert S. Ballou
United States Magistrate

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
Oct. 12, 2016
JULIA C. DUDLEY, CLERK
BY: A. Melvin
DEPUTY CLERK

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10-7-16

Sean P. McCafferty
*Executing officer's signature*

Sean P. McCafferty, U.S. Postal Inspector
*Printed name and title*